ABRAMS/O

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COREY LEACH, individually and on behalf of all  :
others similarly situated,                      :   11 Civ. 7944 (RA)
                                                :
                    Plaintiffs,                 :   ECF CASE
                                                :
        v.                                      :
                                                :
ENTERTAINMENT PARTNERS, et al.,                 :
                                                :
                    Defendants.                 :
------------------------------------X
```

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 25 2012
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff Corey Leach, Opt-in Plaintiffs Anthony Leach and James Hundley (collectively, "Plaintiffs"), and Defendant Screen Gems Productions, Inc. (incorrectly sued herein as Screen Gems Inc.), through their undersigned counsel who are authorized by their respective clients to execute this Stipulation on their behalves, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned action be dismissed against Defendant, with prejudice, with each party to bear its own fees and costs, and further that Plaintiffs are barred from bringing another claim against Defendant under the Fair Labor Standards Act, New York Labor Law, or any other state or local law for wages, including overtime pay, for the period set forth in the Amended Complaint. Screen Gems Inc. will be removed from the caption of this case.

Dated: New York, New York
       August 1, 2012

| | |
|---|---|
| VALLI KANE & VAGNINI, LLP | PROSKAUER ROSE LLP |
| /s/ James Vagnini | /s/ Josh Alloy |
| James Vagnini, Esq. | Elise M. Bloom, Esq. |
| 600 Old Country Road, Suite 519 | Eleven Times Square |
| Garden City, New York 11530 | New York, New York 10036 |
| Phone: (516) 203-7180 | Phone: (212) 969-3000 |
| Email: jvagnini@vkvlawyers.com | Email: ebloom@proskauer.com |
| *Attorneys for Plaintiffs* | |
| | Joshua F. Alloy, Esq. |
| | 1001 Pennsylvania Ave., NW |
| | Suite 400 South |
| | Washington, D.C. 20004 |
| | Phone: (202) 416-5876 |
| | Email: jalloy@proskauer.com |
| | *Attorneys for Defendant Screen Gems Productions, Inc.* |

SO ORDERED this 25th day of September, 2012

_____
HON. RONNIE ABRAMS

Ronnie Abrams
United States District Judge
Southern District of New York

2