Abrams, J

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 25 2012

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
COREY LEACH, individually and on behalf of all :
others similarly situated,                     :
                                               :   11 Civ. 7944 (RA)
                Plaintiffs,                    :
                                               :   ECF CASE
        v.                                     :
                                               :
ENTERTAINMENT PARTNERS, et al.,                :
                                               :
                Defendants.                    :
---------------------------------------X

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Corey Leach and Opt-in Plaintiffs Anthony Leach and James Hundley, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action against Defendants Zucker Productions and Olive Bridge Entertainment in the above-captioned matter with prejudice. Zucker Productions and Olive Bridge Entertainment will be removed from the caption of this case.

Dated: August 2, 2012

Respectfully submitted,

VALLI KANE & VAGNINI, LLP

James Vagnini
600 Old Country Road, Suite 519
Garden City, New York 11530
Tel: (516) 203-7180

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.
9/25/12